JOSEPH M. LEVY, Appellant, *v.* SEBERT E. DAVENPORT,
JR., Respondent.

*Libel — sufficiency of allegation of publication — voting for a resolution
not a publication thereof.*

*Levy v. Davenport*, 196 App. Div. 940, affirmed.
(Argued February 27, 1922; decided March 14, 1922.)

APPEAL from a judgment, entered October 25, 1921,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, which affirmed an
order of Special Term granting a motion by defendant for
judgment on the pleadings. The action was for libel, and
was based upon a certain resolution alleged to have been
passed by the board of directors of the First District
Dental Society, of which this defendant is a member.

The alleged defamatory resoluton read as follows: " Since it is the opinion of the Board of Directors of the First District Dental Society of the State of New York that Dr. Joseph M. Levy has acted in a manner prejudicial to the best interests of the Dental Profession, his resignation as a member of this society is hereby respectfully requested." The trial court held that there was no sufficient allegation of publication; that voting for the resolution was not a publication by defendant.

*Otto C. Sommerich* and *Maxwell C. Katz* for appellant.
*J. Fearon Brown* and *Chester W. Cuthell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: CARDOZO, J.